No. 9189. STATE OF MONTANA, ex rel., STATE BOARD OF EXAMINERS of the State of Montana, JOHN W. BONNER, Governor, SAM W. MITCHELL, Secretary of State and ARNOLD M. OLSEN, Attorney General, as members of and constituting the State Board of Examiners, Relators and Plaintiffs, v. DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF LEWIS AND CLARK and the HONORABLE A. J. HORSKY, one of the Judges, thereof, Respondents and Defendants.

Decided March 27, 1952.

242 Pac. (2d) 275.

*Arnold H. Olsen,* Atty. Gen., *Charles V. Huppe,* and *Thomas F. Joyce,* Asst. Attys. Gen., for Appellant.

Per Curiam.

· It is ordered that the petition be disallowed, the writ be denied and the proceeding be and it is dismissed.